# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CRYSTAL ALVAREZ AND JOSE ALVAREZ,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>M&I BANK FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND JOHN & JANE DOES 1-10,<br><br>　　　　　　Defendants. | Civil No. 10-4124 (PJS/JJG)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint for Recission, Damages and Jury Trial (Doc. No. 1) is **DISMISSED**; and the matter is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 5, 2011　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　United States District Judge